# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

**No. 201700300**

_____

**UNITED STATES OF AMERICA**
Appellee

v.

**ZACKERY E. RIBEIRO**
Seaman (E-3), U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander William Weiland, JAGC, USN.
Convening Authority: Commander, Navy Region Mid-Atlantic, Norfolk, VA.
Staff Judge Advocate's Recommendation: Commander I.C. Lemoyne, JAGC, USN.
For Appellant: Lieutenant R. Andrew Austria, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 12 July 2018

_____

Before HUTCHISON, FULTON, and SAYEGH, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect that the appellant is entitled to 134 days of pretrial confinement credit.

For the Court



R.H. TROIDL
Clerk of Court